# Court of Appeals
# of the State of Georgia

ATLANTA, May 25, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1712.  DON ROBERT FAIRCLOTH v. THE STATE.**

In 1999, Don Robert Faircloth pled guilty to possession of cocaine.  In 2012, he filed a "Motion to Dismiss Illegal Sentence."  In the motion, Faircloth argued argued that his sentence was illegal because his plea was involuntary.  The trial court denied the motion, and Faircloth appeals.

A direct appeal may lie from an order denying or dismissing a motion to correct a void sentence, but only if the defendant raises a colorable claim that the sentence is, in fact, void or illegal.  See *Harper v. State*, 286 Ga. 216, n.1 (686 SE2d 786) (2009); *Burg v. State*, 297 Ga. App. 118, 119 (676 SE2d 465) (2009).  A sentence is void only when the trial court imposes punishment that the law does not allow. *Jordan v. State*, 253 Ga. App. 510, 511 (1) (559 SE2d 528) (2002).

Faircloth does not argue that his sentence exceeded legal limits; rather he contends that his guilty plea was invalid.  Because Faircloth has not raised a colorable argument that his sentence is void, this appeal is DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,05/25/2012*
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*